# **Exhibit B**

**VIRGINIA: IN THE CIRCUIT COURT FOR SMYTH COUNTY**

| | | |
|---|---|---|
| RUTH A. KONDYLAS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO: CL24001090-00 |
| v. | ) | |
| | ) | |
| DCo, LLC, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**NOTICE OF FILING OF NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA**

PLEASE TAKE NOTICE that Defendant, Ford Motor Company ("Ford"), by and through its undersigned counsel, filed a Notice of Removal of this action, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, to the United States District Court for the Western District of Virginia, Abingdon Division. A copy of the Notice of Removal (without attachments) is attached hereto as **Exhibit A.** Pursuant to 28 U.S.C. § 1446(d), this Court "shall proceed no further unless and until the case is remanded."

Dated: November 6, 2024

Respectfully submitted,

FORD MOTOR COMPANY
By Counsel

Samuel L. Tarry, Jr., Esquire (VSB #36850)
Davis M. Walsh, Esquire (VSB #84585)
Sapir C. Shoshan, Esquire (VSB #98399)
MCGUIREWOODS, LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
Email: dwalsh@mcguirewoods.com
Email: sshoshan@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of November, 2024, a copy of the foregoing Notice of Filing of Notice of Removal was sent via email to all counsel of record.

Samuel L. Tarry, Jr., Esquire (VSB #36850)
Davis M. Walsh, Esquire (VSB #84585)
Sapir C. Shoshan, Esquire (VSB #98399)
MCGUIREWOODS, LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
Email: dwalsh@mcguirewoods.com
Email: sshoshan@mcguirewoods.com

*Counsel for Defendant Ford Motor Company*